| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| | Theodore A. Pinnock, Esq.      Bar #: 153434 |
| 2 | Michelle L. Wakefield, Esq.    Bar #: 200424 |
| | David C. Wakefield, Esq.       Bar #: 185736 |
| 3 | 3033 Fifth Avenue, Suite 410 |
| | San Diego, CA  92103 |
| 4 | Phone: (619) 858-3671 |
| | Fax:   (619) 858-3646 |
| 5 | |
| 6 | Attorneys for Plaintiffs |

FILED

06 SEP 21 AM 8:4[?]

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES DUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS,

    Plaintiffs

v.

HILLCREST SANDWICH COMPANY, INC. d.b.a. HILLCREST SANDWICH CO; HILLCREST SANDWICH COMPANY, INC.; HILLCREST PROPERTIES d.b.a. HILLCREST WATERFRONT; HILLCREST PROPERTIES; JASAITIS, MICHAEL J (Trustee/Conservator); THE MICHAEL J JASAITIS SEPARATE PROPERTY (Revocable Trust); And DOES 1 THROUGH 10, Inclusive

    Defendants

Case No.: 06cv1606 JM (JMA)

**REQUEST FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.**

[Fed.R.Civ.P. Rule 41(a)(2)]

///

///

Case Number. 06cv1606 JM (JMA)

1     **IT IS HEREBY REQUESTED** by Plaintiffs **TRIPPLE AAA ASSOCIATION
2 FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES DUING ON BEHALF OF
3 ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE
4 WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND
5 ANNA MARIE WIGGINS**, via their attorneys of record that, pursuant
6 to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this
7 Court enter a dismissal with prejudice of ALL Defendants from
8 Plaintiffs' Complaint, Case Number 06cv1606 JM (JMA).
9     Additionally, Plaintiffs request Plaintiffs' complaint be
10 dismissed with prejudice in its entirety.

**IT IS SO REQUESTED.**

Dated: 09-08-06

                             **PINNOCK & WAKEFIELD, A.P.C.**

By: _____
    THEODORE A. PINNOCK, ESQ.
    DAVID C. WAKEFIELD, ESQ.
    Attorneys for Plaintiffs

**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

    **IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv1606 JM (JMA). Additionally, Plaintiffs Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 9/20/06

                             HON. JEFFREY T. MILLER
                             U.S. DISTRICT COURT JUDGE

Case Number. 06cv1606 JM (JMA)